Thomas Jeffrey, Appellant, v. H. W. Miller, Inc., Respondent.— Judgment affirmed, with costs. No opinion. Carr, Mills and Rich, JJ., concurred; Jenks, P. J., and Stapleton, J., dissented.

Sussman Klein, Respondent, v. Brooklyn, Queens County and Suburban Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Simon Kolchinsky, Respondent, v. Menken Kraus Realty and Construction Company, Appellant.— Judgment and order of the County Court of Kings county affirmed, with costs. No opinion. Jenks, P. J., Stapleton, Mills and Rich, JJ., concurred; Thomas, J., dissented.

Margaret Lane, Appellant, v. Edith A. Myers, Individually and as Executrix, etc., of Mary Jane Topping, Deceased, and Otto Plock Myers, Respondents.— Judgment reversed, with costs, and upon the facts found by the trial court the conclusion of law is made here that the deed by the executrix defendant to the other defendant, her son, in part payment of her individual indebtedness to him, was constructively fraudulent and unauthorized by the power of sale in the will, and, therefore, must be set aside as invalid; and that judgment in favor of the plaintiff and against the defendant accordingly, with costs and disbursements, be directed. Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ., concurred.

William Lewis, Appellant, v. William W. Farley, as State Commissioner of Excise, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.

Helen M. Lowe, an Infant, by Rosanna Lowe, Her Guardian ad Litem, Respondent, v. Paul R. Atkinson, Appellant.— Judgment and order of the County Court of Kings county unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Wauhope Lynn, Respondent, v. Ezra D. Bushnell and Others, Defendants, Impleaded with The City of New York and Another, Appellants.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

William Maher, an Infant, by Margaret E. Maher, His Guardian ad Litem, Appellant, v. Samuel Rowland, Respondent.— We think that the plaintiff made out a *prima facie* case. The evidence, however, is too indefinite to sustain the award of damages. Judgment dismissing the complaint reversed and new trial granted, costs to abide the event. Order modified in accordance with these views, and as so modified affirmed, without costs. Carr, Stapleton, Mills, Rich and Putnam, JJ., concurred. Order to be settled before Mr. Justice Rich.